**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITY SEMICONDUCTOR CORP., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. KELBER, an individual, and DOES 1-10, inclusive<br><br>    Defendants.<br>_____/ | No. C-06-3570 PJH<br><br>**ORDER DENYING MOTIONS TO DISMISS AND/OR TRANSFER VENUE** |

Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(3), and/or to transfer venue pursuant to 28 U.S.C. § 1404(a), came on for hearing before this court on January 10, 2007. Defendant Jeffrey Kelber appeared through his counsel, Assistant Texas Attorney General, Robert Henneke, and plaintiff appeared through its counsel, Michael Trinh of Orrick, Herrington & Sutcliffe LLP.

Having read the papers filed in conjunction with the motions and carefully considered the arguments and the relevant legal authority, and for the reasons stated on the record, the court: (1) DENIES without prejudice defendant's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction; and (2) DENIES with prejudice defendant's Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction; defendant's Rule 12(b)(3) motion to dismiss for improper venue; and defendant's motion to transfer venue to the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). Additionally, for the reasons

1  stated on the record, the court DENIES defendant's motion to transfer this case to the San
2  Jose division.
3     **IT IS SO ORDERED.**
4
5  Dated: January 11, 2007
6                                          _____
                                           PHYLLIS J. HAMILTON
                                           United States District Judge

2