**ATTORNEY GENERAL OF TEXAS**
GREG ABBOTT

February 14, 2007

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA 94102

Re: Cause No. C06-03570; *Unity Semiconductor Corp. v. Jeffry Kelber*; In the United States District Court for the Northern District of California – San Jose Division

Dear Judge Hamilton:

This letter is to inform the court that due to weather resulting in cancellation of my flight, I will be unable to attend the scheduling conference currently scheduled for February 15, 2007 at 2:30 p.m. After discussion with your office, I understand that this hearing has been reset until February 22, 2007 at 2:30 p.m. I have conferred with opposing counsel and informed them of the rescheduling as well as confirming their availability.

Sincerely,

2/14/07

for Robert Henneke
Assistant Attorney General
Texas Office of the Attorney General



IT IS SO ORDERED
Judge Phyllis J. Hamilton

cc: Kevin Jones
    clients

Post Office Box 12548, Austin, Texas 78711-2548 tel: (512)463-2100 web: www.oag.state.tx.us
An Equal Employment Opportunity Employer · Printed on Recycled Paper