1  G. HOPKINS GUY, III (STATE BAR NO. 124811) (hopguy@orrick.com)
   KEVIN C JONES (STATE BAR NO. 240205) (kjones@orrick.com)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    650-614-7400
4  Facsimile:    650-614-7401

5  Attorney for Plaintiff
   UNITY SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITY SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>JEFFRY A. KELBER, an individual, and DOES 1-10, inclusive.<br><br>             Defendant. | Case No.  C 06-03570 PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2; [~~PROPOSED~~] ORDER** |

1 **STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2**

2 Plaintiff Unity Semiconductor Corporation ("Unity") and defendant Jeffry A.
3 Kelber ("Kelber") bring this stipulation to extend the deadline for completion of mediation set by
4 the Court's Case Management and Pretrial Order dated February 26, 2007. The parties request
5 that the Court extend the date from June 26, 2007, 120 days from the entry of the February 26
6 Order, until a date no later than 60 days following entrance of a Protective Order between the
7 parties.

8 The parties make this stipulated request based on the facts set forth in the attached
9 Declaration of Kevin C. Jones In Support Of Stipulated Request for Order Changing Time
10 Pursuant to Local Rule 6-2.

Dated: June 14, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　　　　　　　　/s/ Kevin C. Jones
　　　　　　　　　　　　　KEVIN C. JONES
　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　Unity Semiconductor

Dated: June 14, 2007

TEXAS OFFICE OF THE ATTORNEY GENERAL

　　　　　　　　　　　　　/s/ Robert Henneke
　　　　　　　　　　　　　ROBERT HENNEKE
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　Jeffry A. Kelber

1 **ORDER**

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline to

4 complete mediation shall be continued from the presently scheduled date to a date no later than

5 60 days following entrance of a Protective Order between the parties.

6

7 DATED: June __21____, 2007

8                                                                                   _____

9                                                                                   Hon.

10                                                                                  Uni



14                                                                                   for Phyllis J. Hamilton