1   G. HOPKINS GUY, III (STATE BAR NO. 124811) (hopguy@orrick.com)
    KEVIN C JONES (STATE BAR NO. 240205) (kjones@orrick.com)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
3   Menlo Park, CA  94025
    Telephone:    650-614-7400
4   Facsimile:    650-614-7401

5   Attorneys for Plaintiff
    UNITY SEMICONDUCTOR CORPORATION
6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12

13   UNITY SEMICONDUCTOR                      Case No.  C 06-03570 PJH (MEJ)
     CORPORATION, a Delaware Corporation,
14                                            **STIPULATION IN SUPPORT OF**
                    Plaintiff,                **MISCELLANEOUS**
15                                            **ADMINISTRATIVE REQUEST FOR**
            v.                                **ORDER CHANGING TIME FOR**
16                                            **EXPERT DISCLOSURES;**
     JEFFRY A. KELBER, an individual, and     **[~~PROPOSED~~] ORDER**
17   DOES 1-10, inclusive.

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

OHS West:260297219.1

1    **STIPULATED REQUEST PURSUANT TO LOCAL RULE 7-12**

2

3    Plaintiff Unity Semiconductor Corporation ("Unity") and defendant Jeffry A.

4    Kelber ("Kelber") bring this stipulation in support of their Letter Brief to Extend the Deadline for

5    Expert Disclosures being filed concurrently on this date.

6    The parties stipulate and ask the Court to extend the expert disclosure deadlines to

7    adhere to the following schedule:

8    Plaintiff Disclosure of Experts: November 5, 2007

9    Defendant Disclosure of Experts: December 3, 2007

10   Rebuttal: January 7, 2008

11

     Dated: September 5, 2007
12

                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
13

14

                                       _____/s/ Kevin C. Jones_____
15                                              KEVIN C. JONES
                                             Attorneys for Plaintiff
16                                           Unity Semiconductor

17

     Dated: September 5, 2007
18

                                       TEXAS OFFICE OF THE ATTORNEY GENERAL
19

20                                     _____/s/ William T. Deane_____
                                              WILLIAM T. DEANE
21                                          Attorneys for Defendant
                                              Jeffry A. Kelber
22

23

24

25

26

27

28

OHS West:260297219.1

1

## ORDER

2

3          PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's Case

4   Management and Pretrial Order is modified consistent with the following deadlines and dates:

5

6          Plaintiff Disclosure of Experts: November 5, 2007

7          Defendant Disclosure of Experts: December 3, 2007

8          Rebuttal: January 7, 2008

9

10   DATED: September __6____, 2007

11

12   IT IS SO ORDERED

13   Judge Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28