1  G. HOPKINS GUY, III (STATE BAR NO. 124811) (hopguy@orrick.com)
   KEVIN C JONES (STATE BAR NO. 240205) (kjones@orrick.com)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    650-614-7400
4  Facsimile:    650-614-7401

5  Attorneys for Plaintiff
   UNITY SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITY SEMICONDUCTOR CORPORATION, a Delaware Corporation, | Case No.  C 06-03570 PJH (MEJ) |
|---|---|
| Plaintiff, | **STIPULATION IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER CHANGING TIME FOR EXPERT DISCLOSURES; [~~PROPOSED~~] ORDER** |
| v. | |
| JEFFRY A. KELBER, an individual, and DOES 1-10, inclusive. | |
| Defendant. | |

OHS West:260332760.1

STIP ISO MAR FOR ORDER CHANGING TIME;
[PROPOSED] ORDER
CASE NO. C 06 -03570 PJH

## **STIPULATED REQUEST PURSUANT TO LOCAL RULE 7-12**

Plaintiff Unity Semiconductor Corporation ("Unity") and defendant Jeffry A. Kelber ("Kelber") bring this stipulation in support of their Letter Brief to Extend the Deadline for Expert Disclosures being filed concurrently on this date.

The parties stipulate and ask the Court to extend the expert disclosure deadlines to adhere to the following schedule:

Plaintiff Disclosure of Experts: January 14, 2008

Defendant Disclosure of Experts: February 4, 2008

Rebuttal: February 18, 2008

Expert Discovery Cutoff: March 3, 2008

Dated: November 5, 2007         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    /s/ Kevin C. Jones
                                    KEVIN C. JONES
                                    Attorneys for Plaintiff
                                    Unity Semiconductor

Dated: November 5, 2007         TEXAS OFFICE OF THE ATTORNEY GENERAL


                                    /s/ William T. Deane
                                    WILLIAM T. DEANE
                                    Attorneys for Defendant
                                    Jeffry A. Kelber

1 **ORDER**

2

3       PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's Case

4 Management and Pretrial Order is modified consistent with the following deadlines and dates:

5

6       Plaintiff Disclosure of Experts: January 14, 2008

7       Defendant Disclosure of Experts: February 4, 2008

8       Rebuttal: February 18, 2008

9       Expert Discovery Cutoff: March 3, 2008

10

11 DATED: November __9__, 2007

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*