UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITY SEMICONDUCTOR CORP.,

    Plaintiff(s),

    v.

JEFFRY A. KELBER,

    Defendant(s).
_____/

No. C 06-3570 PJH

**ORDER DENYING ADMINISTRATIVE MOTION**

    Before the court is the joint administrative motion of the parties to extend pretrial dates in this case in order to afford them more time to prepare a protective order before retaining experts and exchanging confidential information. Preliminarily, the court finds that the purpose of the request does not justify the extent of the continuance sought. More significantly, however, in addition to a continuance of the expert discovery deadlines, the parties request a two month extension of the date to hear dispositive motions, from April 9, 2008 to June 2, 2008. With pretrial and trial dates of July 10 and August 4 respectively, the pretrial filings are currently due on June 10, 2008. Thus, the parties seek a new dispositive motions date that is one week prior to the date that all of their pretrial papers must be filed. As the parties were advised in the case management and pretrial order, the court hears dispositive motions **120 days** before trial (or 90 days before the pretrial conference) so that the court has adequate time within which to prepare a ruling on the dispositive motions and the parties have the ruling in advance of their preparation of pretrial papers. The court therefore DENIES the administrative motion. The court would be inclined to approve a

more modest request for adjustment of the discovery deadlines, if the parties wish to submit another stipulated request.

**IT IS SO ORDERED.**

Dated: January 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge