1  G. HOPKINS GUY, III (STATE BAR NO. 124811) (hopguy@orrick.com)
   KEVIN C JONES (STATE BAR NO. 240205) (kjones@orrick.com)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    650-614-7400
4  Facsimile:    650-614-7401

5  Attorneys for Plaintiff
   UNITY SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITY SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFRY A. KELBER, an individual, and DOES 1-10, inclusive.<br><br>    Defendant. | Case No.  C 06-03570 PJH (MEJ)<br><br>**STIPULATION IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER CHANGING TIME FOR CERTAIN DATES; [PROPOSED] ORDER** |

## STIPULATED REQUEST PURSUANT TO LOCAL RULE 7-12

Plaintiff Unity Semiconductor Corporation ("Unity") and defendant Jeffry A. Kelber ("Kelber") bring this stipulation in support of their Letter Brief to Extend the Deadline for Certain Dates being filed concurrently on this date.

The parties stipulate and ask the Court to extend fact and expert discovery to adhere to the following schedule:

Non-Expert Discovery Cutoff: February 25, 2008

Plaintiff Disclosure of Experts: February 4, 2008

Defendant Disclosure of Experts: February 18, 2008

Rebuttal: February 25, 2008

Dated: January 14, 2007        ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Kevin C. Jones
KEVIN C. JONES
Attorneys for Plaintiff
Unity Semiconductor

Dated: January 14, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

/s/ Tae Kim
TAE KIM
Attorneys for Defendant
Jeffry A. Kelber

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's Case Management and Pretrial Order is modified consistent with the following deadlines and dates:

    Non-Expert Discovery Cutoff: February 25, 2008

    Plaintiff Disclosure of Experts: February 4, 2008

    Defendant Disclosure of Experts: February 18, 2008

    Rebuttal: February 25, 2008

January 18, 2008
DATED: ~~January _____, 2007~~

_____
Honorable
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton