1  G. HOPKINS GUY, III (State Bar No. 124811)
   Email: hopguy@orrick.com
2  KEVIN C. JONES (State Bar No. 240205)
   Email: kjones@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   *UNITY SEMICONDUCTOR CORPORATION*
7

8  MAUREEN A. SHEEHY (State Bar No. 129859)
   Email: masheehy@townsend.com
9  GIA L. CINCONE (State Bar No. 141668)
   Email: glcincone@townsend.com
10 TAE H. KIM (State Bar No. 214684)
   Email: thkim@townsend.com
11 TOWNSEND AND TOWNSEND AND CREW LLP
   Two Embarcadero Center, Eighth Floor
12 San Francisco, CA 94111
   Telephone: 415-576-0200
13 Facsimile: 415-576-0300

14 Attorneys for Defendant
   *DR. JEFFRY A. KELBER*
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19

20 UNITY SEMICONDUCTOR                    Case No.  C 06-03570 PJH
   CORPORATION, a Delaware Corporation,
21                                        **JOINT STATUS REPORT AND
              Plaintiff,                  REQUEST TO TAKE CASE OFF
22                                        CALENDAR**
       v.
23
   JEFFRY A. KELBER, an individual, and
24 DOES 1-10, inclusive.

25            Defendant.

26

27

28

1  The parties jointly report that they have reached substantial resolution of all issues, that a
2  draft settlement agreement has been exchanged and the parties are now in the process of resolving
3  one final issue and obtaining signatures on a final agreement.
4  The Parties jointly request the Court to take the case off calendar and set a return date in
5  30 days regarding the status of the parties' settlement efforts if the matter has not been dismissed.

Dated: March ___, 2008            ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                  _____*/s/ G. Hopkins Guy, III*_____
                                                          G. HOPKINS GUY, III
                                                          Attorneys for Plaintiff
                                                          Unity Semiconductor

Dated: March ___, 2008            TOWNSEND AND TOWNSEND AND CREW LLP


                                                  _____
                                                          MAUREEN A. SHEEHY
                                                          Attorneys for Defendant
                                                          Jeffry A. Kelber

1  **IT IS SO ORDERED.**

2      Upon joint request and stipulation of the parties regarding the status of their settlement,
3  this case and all deadlines and trial dates are taken off calendar.  The parties are ordered to
4  respond to the Court no later than __April 30__, 2008 and report the status of their settlement if a
5  stipulated dismissal has not been filed with the Court before such date.

6
7  Dated: March __24__, 2008

8                                                                      _____
                                                                       Magistrate Judge James Larson
9                                                                      United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28