1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITY SEMICONDUCTOR
CORPORATION

        Plaintiff(s),

    v.

JEFFRY A. KELBER,

        Defendant(s).

_____/

No. C 06-3570 PJH

**ORDER REINSTATING
PRETRIAL SCHEDULE**

      The parties submitted a stipulation and proposed order to vacate all pretrial and trial dates in view of continuing settlement negotiations.  The proposed order was presented to and signed by Magistrate Judge Larson, to whom this matter had been referred for a settlement conference.  The order should have, however, been presented to the undersigned judge on whose docket this case resides for trial.  It is not the practice of this court to vacate pretrial dates simply because of settlement negotiations.  **Accordingly, the prior pretrial schedule is reinstated.**  The court expects that if the case is not resolved, pretrial papers will be filed in a timely manner for the July 10, 2008 pretrial conference.  The parties are relieved temporarily of the requirement to attend a settlement conference.  However, if no final settlement is reached by May 31, 2008, Magistrate Judge Larson is requested to reschedule a conference for June 2008 and the parties are ORDERED to appear.

      Pretrial and trial dates will be vacated upon the court's receipt of a stipulation for dismissal or other appropriate closing document.

      **IT IS SO ORDERED.**

Dated: March 26, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge